IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02151–EWN–MJW

WILLIAM SEALE, M.D.,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
STANLEY LOVELACE, and
STRATEGIC FINANCIAL GROUP, INC.,

    Defendants.

---

## ORDER

---

This matter is before the court on the "Motion for Determination of Proper Standard of Review of Hartford's Denial of Plaintiff's Claim for Benefits" (#22) filed March 15, 2006. Upon review of the motion, the court finds and concludes that it requests an advisory opinion, which the court cannot give. Accordingly, it is

ORDERED that the motion be DENIED.

Dated this 16th day of March, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge