IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02151-EWN-MJW

WILLIAM SEALE, M.D.,

Plaintiff(s),

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion of the Hartford for Leave to Participate by Telephone in Settlement Conference, filed with the Court on March 21, 2006, (DN 29), is GRANTED.   The Court's telephone number is (303) 844-2403 and the Defendant's representative, Ms. Molloy, is permitted to participate at the settlement conference set on May 10, 2006, at 8:30 a.m., (Mountain Time), by telephone.

Date:  March 23, 2006