IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02151–EWN–MJW

WILLIAM SEALE, M.D.,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
STANLEY LOVELACE, and
STRATEGIC FINANCIAL GROUP, INC.,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion to Reconsider Denial of Motion for Determination of Proper Standard of Review" (#33, filed April 4, 2006) is DENIED. The issues which Plaintiff seeks to raise by separate motion can adequately be addressed in the submissions concerning objections to the magistrate judge's discovery order.

Dated: April 5, 2006