## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02151-EWN-MJW

**WILLIAM SEALE, M.D.,**

Plaintiff,

v.

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, STANLEY LOVELACE, and STRATEGIC FINANCIAL GROUP, INC.,**

Defendants.

_____

### ORDER OF DISMISSAL OF DEFENDANTS STANLEY LOVELACE AND STRATEGIC FINANCIAL GROUP, INC. WITHOUT PREJUDICE
_____

The Court having reviewed the Stipulation for Dismissal of Defendants Stanley Lovelace and Strategic Financial Group, Inc. Without Prejudice, filed by Plaintiff and Defendants Lovelace and Strategic Financial Group, and being fully advised in the premises,

HEREBY ORDERS that the Second, Third, Fourth and Fifth Claims for Relief, as asserted against Defendants Lovelace and Strategic Financial Group, are dismissed without prejudice, each party to bear its own costs and attorney's fees incurred herein.

Dated this 20th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on _____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paul Collins, Esq.
Reza D. Rismani, Esq.
Treece, Alfrey, Musat & Bosworth, P.C.
999 18th Street, Suite 1600
Denver, CO 80202


Shawn E. McDermott, Esq.
Law Office of Shawn E. McDermott, LLC
2300 15th Street, Suite 200
Denver, CO 80202

Jack M. Englert, Esq.
Holland and Hart, LLP
8290 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111